

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00478-CR & 04-18-00479-CR

The **STATE** of Texas,
Appellant

v.

Miguel Marco **MELENDEZ**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6467 & 6468
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The State's first motion for extension of time is GRANTED. We ORDER the State to file its brief on or before November 7, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court